**Charles SCHULTZ, Appellant,**

v.

**UNIT DISTRIBUTION OF MISSOURI, Respondent.**

**No. 62770.**

Missouri Court of Appeals,
Eastern District,
Division One.

June 15, 1993.

■

**Donald Michael DAVENPORT, Respondent,**

v.

**DIRECTOR OF REVENUE, State of Missouri, Appellant.**

**No. 62947.**

Missouri Court of Appeals,
Eastern District,
Division One.

June 15, 1993.

Thomas J. Gregory, St. Louis, for appellant.

Loretta Simon, Marylou Calzaretta, St. Louis, for respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

Employee appeals the final award of the Labor and Industrial Relations Commission (Commission) denying his workers' compensation claim. We find sufficient competent evidence to warrant the Commission's denial and affirm. § 287.495, RSMo Supp.1992.

We also determine an opinion in this matter would have no precedential value. Rule

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

84.16(b). A memorandum has been provided for the parties' use only.